In the Matter of the Application of KATHARINE SEYMOUR DAY and Another, as Executors, etc., of ALICE B. H. DAY, Deceased, and Another. (UNITED STATES TRUST COMPANY OF NEW YORK and PERCY JACKSON, Individually and as Executors, etc., of ALICE D. JACKSON, Deceased.) — Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BROADWAY-LONG BEACH REALTY CORPORATION v. SAMUEL L. FEIBER.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

HESMAK REALTY CO., INC., v. JOHN PASCHAL and MARY PASCHAL, His Wife, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ARTHUR H. GAGNON, as Receiver, etc., v. ARACOMA KENTON CO., INC., Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

MARY E. SMITH v. HELEN C. MEADE.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

AIMEE I. RUSSAK v. EDWARD B. RUSSAK.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CONSOLIDATED FILM INDUSTRIES, INC., v. QUALITY DISTRIBUTING CORPORATION and Others.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MARION G. MURPHY v. JOHN G. MURPHY.— Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HENRY GUTTAG and JULIUS GUTTAG v. NATIONAL SURETY COMPANY.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOHN GREEN v. EUGENE F. McDONALD, JR., and Others.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOSEPH MASTROMARINO v. CHARLES BRANCATI.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ALEXANDER SCHNELLER and BETTY STENGER SCHNELLER, Executors, etc., of BERNHARD SCHNELLER, Deceased, v. ADOLPH SCHNELLER.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FLORENCE B. VAN SICLEN v. JAMES INCREASE MATHER.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THEODORE SCHNEIDER and CARL VOGEL v. PETER J. BARTH CO., INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MORDECAI BENGUIAT and Another v. THE GOTHAM NATIONAL BANK OF NEW YORK.— Motion granted on condition that appellants file within five days from